UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-3062** |
| **46.26 ACRES OF LAND, ET AL** | **SECTION: "C" (1)** |

### ORDER AND REASONS

Before the Court is Defendant's Motion for Clarification or in the Alternative for Reconsideration. (Rec. Doc. 33). Having considered the memoranda of counsel, the record, and the applicable law, the Motion for Clarification or in the Alternative for Reconsideration is GRANTED IN PART and DENIED IN PART for the following reasons.

On October 5, 2010, this Court ordered Defendant to deliver the possession of portions of its property to the United States. (Rec. Doc. 11). Shortly thereafter Defendant requested this Court to stay or rescind its order of possession. (Rec. Doc. 12). Defendant argued that there were serious questions of bad faith on the part of the United States, which justified a delay in the delivery of possession to the United States under 40 U.S.C. § 3114(d)(1) (incorrectly citing 42 U.S.A. § 3114(d)(a). (Re. Doc. 12-1 at 3). In addition, Defendant sought this Court to order the United States to provide a detailed explanation of why it required a fee simple title to its land as well as why the United States required immediate possession of its land. *Id.*

On November 23, 2010 this Court denied Defendant's motion because Defendant sought to delay the United States' possession of its land on grounds that were beyond this Court's scope of review. (Rec. Doc. 32 at 2). In reaction to this order, Defendant has filed the present Motion for Clarification or in the Alternative for Reconsideration arguing that the Court improperly ruled on the merits of its pleaded defenses and therefore this Court should either narrow the scope of its prior

order or grant a rehearing on the matter. (Rec. Doc. 33-1 at 1). However, this Court's previous order did not reach the merits of Defendant's pleaded defenses, but simply denied its request for a stay. (Rec. Doc. 32).

Accordingly,

IT IS ORDERED that Defendant's Motion for Clarification or in the Alternative for Reconsideration is GRANTED to the extent that this Court clarifies that it's previous order, (Rec. Doc. 32), did not rule on the merits of Defendant's pleaded defenses, and DENIED in all other respects. (Rec. Doc. 33).

New Orleans, Louisiana, this 11th day of April, 2011.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE